John R. Ryan and McKay & Krulewitch, for appellant; John R. Ryan, of counsel; Becker & Savin, for appellee; Benjamin M. Becker and Bernard Savin, of counsel. Opinion by JUSTICE FEINBERG. Not to be published in full. Opinion filed December 4, 1950; released for publication December 19, 1950.

## People of State of Illinois, Appellee, v. Union Trust Bank, formerly known as Cloverdale State Bank, Appellant.

Gen. No. 45,236.

Arthur Abraham, for appellant; Ivan A. Elliott, Attorney General of State of Illinois, for appellee; Robert J. Burdett, James C. Murray and John Coburn, Assistant Attorneys General, of counsel. Opinion by JUSTICE FEINBERG. Not to be published in full. Opinion filed December 4, 1950; rehearing denied December 18, 1950; released for publication December 19, 1950.